IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

NOVELLA MCKEEVER,

                Plaintiff,

   v.                                        Action No. 3:09–CV–339

MICHAEL J. ASTRUE, COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION,

                Defendant.

**<u>ORDER</u>**

THIS MATTER, a review of an application for Social Security Disability Insurance Benefits, is before the Court on Novella McKeever's objection (Dock. No. 14) to the Magistrate Judge's Report and Recommendation ("R&R") affirming the finding of an Administrative Law Judge that McKeever was not disabled until November 16, 2007. For the reasons stated in the accompanying memorandum opinion, McKeever's objection is OVERRULED and the Court ADOPTS the Magistrate Judge's R&R (Dock. No. 13), DENYING McKeever's Motion for Summary Judgment (Dock. No. 6), GRANTING the Commissioner of Social Security's Motion for Summary Judgment (Docket No. 8), and AFFIRMING the Commissioner's decision denying benefits to McKeever before November 16, 2007.

    Let the Clerk send a copy of this Order to all counsel of record.

    It is SO ORDERED.

                                                /s/
                                  James R. Spencer
                                  Chief United States District Judge

Entered this 14th day of April 2010